[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-11815
_____

D.C. Docket No. 1:10-cv-02326-CAP

CHRIST LIBERTY FAMILY LIFE CENTER,

                                                        Plaintiff-Appellant,

versus

CITY OF AVONDALE ESTATES, GEORGIA,

                                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 11, 2014)

Before WILSON, Circuit Judge, MIDDLEBROOKS* and ALBRITTON**,
District Judges.

_____

        * Honorable Donald M. Middlebrooks, United States District Judge for the Southern
District of Florida, sitting by designation.
        ** Honorable W. Harold Albritton, United States District Judge for the Middle District of
Alabama, sitting by designation.

PER CURIAM:

Christ Liberty Family Life Center appeals the district court's award, pursuant to 42 U.S.C. § 1988, of attorneys' fees and costs.   After reviewing and considering the briefs and record, and having had the benefit of oral argument, we conclude that the district court did not abuse its discretion in the award of attorneys' fees and costs. Therefore, the judgment of the district court is

AFFIRMED.